

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20345-CR-MOORE

UNITED STATES OF AMERICA

vs.

HUGO CARVAJAL BARRIOS,
    a/k/a "Pollo,"

    Defendant.
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and moves to unseal the above captioned indictment.

On Wednesday, July 23, 2014, HUGO CARVAJAL BARRIOS was arrested in Aruba pursuant to a provisional arrest warrant resulting from his indictment.

Wherefore, the United States moves to unseal the above captioned indictment.

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By: _____
      Richard D. Gregorie
      Assistant United States Attorney
      Florida Bar Identification No. 549495
      99 Northeast 4th Street
      Miami, Florida 33132-211; Tel: (305) 961-9148
      Fax: (305) 536-7213
      Email: Dick.Gregorie@usdoj.gov